955 A.2d 345

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Robert ROBINSON, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 15, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**